FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

00 NOV -9 PM 2: 44

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| PHILLIP EUGENE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 00-N-2687-W |
| | ) | |
| BILLY C. JEWELL, | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED
NOV 0 9 2000

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 20, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. The plaintiff filed objections to the report and recommendation on November 6, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgement will be entered.

DATED this ___9th___ day of November, 2000.

EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

